[No. 33649-9-II.  Division Two.  October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GAIL McCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00159-1,· James E. Warme, J., entered August 4, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren, J.; Quinn-Brintnall, J., concurring separately.

[No. 33713-4-II.  Division Two.  October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY W. CHAPMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 01-1-01443-2, Chris Wickham, J., entered July 18, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33735-5-II.  Division Two.  October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. SUNG DO GO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02154-5, Linda CJ Lee, J., entered August 19, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33741-0-II.  Division Two.  October 31, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD RYAN DUFFNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01315-0, Russell W. Hartman, J., entered August 11, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Hunt and Van Deren, JJ.